5969.  SHAPLEIGH HARDWARE CO. v. HUFF.

BROYLES, J.  The evidence authorized the verdict, and no errors of law appearing which require the grant of a new trial, the judgment of the court is                                                    *Affirmed.*
DECIDED JUNE 11, 1915.

Attachment; from city court of Dawson—Judge M. C. Edwards. July 24, 1914.

*W. H. Gurr,* for plaintiff in error.
*J. W. Harris, Yeomans & Wilkinson,* contra.